## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GERALD FLEMING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-19-777-G** |
| | ) | |
| **JOE COOPER'S EASY CREDIT** | ) | |
| **AUTO, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Now before the Court is Plaintiff's unopposed Motion (Doc. No. 24), seeking a stay of proceedings to allow Plaintiff's bankruptcy trustee to obtain the necessary authority to move to be substituted as the real party in interest in this lawsuit.  Plaintiff anticipates that the trustee will seek to resume this litigation within two (2) months.  Pl.'s Mot. at 2.

For good cause shown, the Motion is GRANTED.  All deadlines in this matter are STAYED to allow the bankruptcy trustee to seek to pursue the claims alleged as the real party in interest on behalf of the bankruptcy estate.  *See* Fed. R. Civ. P. 17(a)(1), (3); *Ardese v. DCT, Inc.*, No. 06-CV-012-JHP, 2006 WL 3757916, at *6 n.3 (E.D. Okla. Dec. 19, 2006).  The current trial setting is STRICKEN.

Within sixty (60) days of the date of this Order, Plaintiff shall submit either a motion to substitute the bankruptcy trustee or a written report as to the status of the bankruptcy proceeding and the substitution issue.

IT IS SO ORDERED this 10th day of July, 2020.

CHARLES B. GOODWIN
United States District Judge